# THE IRWIN LAW FIRM, P.L.L.C.

**MEMO ENDORSED**

305 Broadway, Suite 717
New York, NY 10007
Tel. 646-693-8633 • e Fax 516-706-6948
www.ethanirwinlaw.com

September 17, 2024

**VIA ECF ONLY**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Counsel's request to file the ex parte letter motion is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 9/19/24
> New York, New York

Re:   Pagan et al v. City of New York et al; 23-cv-09436-ER

Your Honor:

   I write pursuant to Rule 1.4 of the Local Rules for the Southern District of New York to move the Court to withdraw Ethan D. Irwin, Esq. and The Irwin Law Firm, PLLC as counsel of record for Plaintiffs.

   As you know, my firm has represented Plaintiffs throughout this action, including conducted substantial investigation, discovery, and review of numerous pages of discovery. Since then, certain circumstances have arisen which require our withdrawal. As such, we are requesting the Court's permission to submit an *ex parte* letter motion, detailing those facts and circumstances. Pending the outcome of this and the subsequent motion, it is requested that the Court issue a stay order.

   Of course, please do not hesitate to contact the undersigned. Thank you for your time and attention.

Very truly yours,

Ethan D. Irwin, Esq.

cc: Defendants via ECF only