UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICA PAGAN, as mother and natural guardian of J.M.,

        Plaintiff,

– against –

CITY OF NEW YORK, Police Officer Thomas Collazo Shield No. 20910, Police Officer Justin Lopez Shield No. 20398, NYPD Officers JOHN and JANE DOE 1 through 10, and all defendants individually and in their official capacities,

        Defendants.

**ORDER**

23-cv-9436 (ER)

---

Ramos, D.J.:

    The Irwin Law Firm has requested permission to withdraw as counsel for Erica Pagan and have filed an *ex parte* letter explaining the basis for their request. The motion to withdraw is GRANTED. Ms. Pagan is directed to obtain new counsel by October 26, 2024.[1] The Irwin Law Firm is directed to serve a copy of this order on Pagan by September 30, 2024.

    It is SO ORDERED.

Dated:    September 26, 2024
            New York, New York

                                      Edgardo Ramos, U.S.D.J.

---

[1] Because a non-attorney parent cannot bring a *pro se* action on behalf of a minor child, Ms. Pagan cannot proceed as a *pro se* litigant. *See Cheung v. Youth Orchestra Foundation of Buffalo, Inc.*, 906 F.2d 59 (2d Cir. 1990).