UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA PAGAN, as mother and natural guardian of J.M.,

                Plaintiff,

– against –

CITY OF NEW YORK, Police Officer Thomas Collazo Shield No. 20910, Police Officer Justin Lopez Shield No. 20398, NYPD Officers JOHN and JANE DOE 1 through 10, and all defendants individually and in their official capacities,

                Defendants.

**ORDER**

23-cv-9436 (ER)

Ramos, D.J.:

    On September 26, 2024, the Court directed Erica Pagan to obtain new counsel by October 26, 2024. Doc. 24. On October 30, 2024, the Defendants filed a motion to dismiss because there is no indication on the docket that Ms. Pagan has obtained new counsel.[1] Doc. 25. Ms. Pagan is again directed to have counsel enter an appearance by November 29, 2024 or the case will be dismissed. The Irwin Law Firm is directed to provide her a copy of this order and provide proof of service on the docket.

    It is SO ORDERED.

Dated:    October 31, 2024
             New York, New York

                                                                         Edgardo Ramos, U.S.D.J.

---

[1] Because a non-attorney parent cannot bring a *pro se* action on behalf of a minor child, Ms. Pagan cannot proceed as a *pro se* litigant. *See Cheung v. Youth Orchestra Foundation of Buffalo, Inc.*, 906 F.2d 59 (2d Cir. 1990).