**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ERICA PAGAN, as mother and natural guardian of J.M.,

                              Plaintiff,

       -against-                                                      23 **CIVIL** 9436 (ER)

                                                                                  **<u>JUDGMENT</u>**

CITY OF NEW YORK, Police Officer Thomas Collazo Shield No. 20910, Police Officer Justin Lopez Shield No. 20398, NYPD Officers JOHN and JANE DOE 1 through 10, and all defendants individually and in their official capacities,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 4, 2024, Ms. Pagan was given considerable time to obtain an attorney and was warned that if she did not obtain counsel the Court would dismiss the action. Ms. Pagan has not obtained such counsel despite the Court's warnings. Accordingly, this action is dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

       December 5, 2024

                                                            **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                **BY:**

                                                            **Deputy Clerk**